LIA MICHELLE JUHL-RHODES (SB No 268816)
PETERS, HABIB, McKENNA, JUHL-RHODES &
    CARDOZA, LLP
P.O. Box 3509
414 Salem Street
Chico, CA 95928
Telephone:  (530) 342-3593
Facsimile: (530) 342-4242
E-Mail:   ljuhl@peterslawchico.com

Attorneys for Plaintiffs
MARWAN JARADAH, ZIAD MUBARAKA, and ASEF KASSIH


SONIA MARTIN (State Bar No. 191148)
EMILY NOZICK (State Bar No. 201050)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California  94612
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail:   sonia.martin@dentons.com
          emily.nozick@dentons.com

Attorneys for Defendants
AMCO INSURANCE COMPANY aka
NATIONWIDE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN JARADAH, an individual, ZIAD MUBARAKA, an individual, ASEF KASSIH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY aka NATIONWIDE INSURANCE COMPANY, an Ohio Corporation doing business in California; and DOES 1 to 30, inclusive,<br><br>Defendants. | Case No. 2:21-CV-02179-MCE-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE 90 DAYS** |

Plaintiffs Marwan Jaradah, Ziad Mubaraka, Asef Kassih and defendant AMCO Insurance Company aka Nationwide Insurance Company, by and through their respective counsel of record, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, AMCO filed a Notice of Removal on November 23, 2021 (*see* ECF Dkt. No. 1);

WHEREAS, pursuant to the Initial Pretrial Scheduling Order, all discovery, with the exception of expert discovery, shall be completed no later than 365 days from the date upon which the last answer may be filed, or from the date of removal, whichever is later (*see* ECF Dkt. No. 3);

WHEREAS, the parties have engaged in written discovery during this period, but, due to scheduling conflicts, and unavailability of witnesses, and parties being out of the country for a majority of the summer, have been unable to schedule the requisite depositions;

WHEREAS, the Court has not previously modified any deadlines in this case;

WHEREAS, a continuance of the discovery deadline and, as a result, other case deadlines is necessary to provide the parties with adequate time to explore potential case resolution and to avoid unproductive proceedings and unnecessary litigation costs;

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the dates in the Initial Pretrial Scheduling Order (ECF Dkt. No. 3) by 90 days, as follows:

|  | **Original Deadline** | **Proposed Deadline (Adding 90 Days)** |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | November 23, 2022 | February 23, 2023 |
| **Designation of Expert Witnesses** | January 23, 2023 | April 24, 2023 |

| **Designation of Rebuttal Experts** | February 22, 2023 | May 24, 2023 |
|---|---|---|
| **Discovery Motion Filing Cut-Off** | May 22, 2023 | August 22, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

WHEREAS, the parties agree that all other case deadlines, including trial and motion deadlines, and dates imposed by order, local rules, or otherwise, shall be reset in accordance with the 90 day continuance requested;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

The deadlines in this matter, set forth in the Initial Pretrial Scheduling Order and all other case deadlines be continued by 90 days as set forth in part in the table above, or as soon thereafter as the Court's calendar allows. Alternatively, the parties respectfully request that the Court set a further case management conference at which new dates may be selected.

The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

Dated: September 9, 2022

PETERS, HABIB, McKENNA, JUHL-RHODES & CARDOZA, LLP

By:   /s/ Lia Michelle Juhl-Rhodes
        LIA MICHELLE JUHL-RHODES

Attorney for Plaintiffs
MARWAN JARADAH, ZIAD MUBARAKA, and ASEF KASSIH

| | | |
|---|---|---|
| 1 | Dated: September 9, 2022 | DENTONS US LLP |

By:   /s/ Emily Nozick
    SONIA MARTIN
    EMILY NOZICK

Attorneys for Defendants
AMCO INSURANCE COMPANY, aka
NATIONWIDE INSURANCE COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
(415) 882-5000

Case No. 2:21-CV-02179-MCE-DMC — - 4 - — STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE 90 DAYS

US_ACTIVE\122271366\V-1

**ORDER**

Pursuant to the above stipulation, the Court hereby continues the deadlines set forth in the Court's Initial Pretrial Scheduling Order and all other case deadlines by 90 days, in part, as follows:

| | |
|---|---|
| **Non-Expert Discovery Cut-Off** | February 23, 2023 |
| **Designation of Expert Witnesses** | April 24, 2023 |
| **Designation of Rebuttal Experts** | May 24, 2023 |
| **Discovery Motion Hearing Cut-Off** | August 22, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions |

IT IS SO ORDERED.

Dated: September 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
(415) 882-5000