LIA M. JUHL-RHODES (SB No 268816)
PETERS, HABIB, McKENNA, JUHL-RHODES &
  CARDOZA, LLP
P.O. Box 3509
414 Salem Street
Chico, CA 95928
Telephone:  (530) 342-3593
Facsimile: (530) 342-4242
E-Mail:   ljuhl@peterslawchico.com

Attorneys for Plaintiffs
MARWAN JARADAH, ZIAD MUBARAKA, and ASEF
KASSIH


SONIA MARTIN (State Bar No. 191148)
EMILY NOZICK (State Bar No. 201050)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California  94612
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail:   sonia.martin@dentons.com
           emily.nozick@dentons.com

Attorneys for Defendants
AMCO INSURANCE COMPANY aka
NATIONWIDE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN JARADAH, an individual, ZIAD MUBARAKA, an individual, ASEF KASSIH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY aka NATIONWIDE INSURANCE COMPANY, an Ohio Corporation doing business in California; and DOES 1 to 30, inclusive,<br><br>Defendants. | Case No. 2:21-CV-02179-MCE-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE 120 DAYS** |

Plaintiffs Marwan Jaradah, Ziad Mubaraka, Asef Kassih and defendant AMCO Insurance Company aka Nationwide Insurance Company, by and through their respective counsel of record, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, on September 15, 2022, the Court modified the Initial Pretrial Scheduling Order by extending it 90 days, which included setting a non-expert discovery cut-off of February 23, 2023 (*see* ECF Dkt. No. 11);

WHEREAS, since the September 15, 2022 Order, the parties have been actively engaged in discovery, including plaintiffs taking two depositions and defendant taking four depositions;

WHEREAS, the parties have agreed that, while they planned to conduct additional subpoenaed depositions should the case proceed, they are interested in exploring resolution of this case without incurring additional unnecessary litigation costs;

WHEREAS, the parties have been engaged in informal settlement discussions, have agreed to mediate, have selected a mediator, and are working on scheduling the mediation within the next few months, dependent on the mediator's schedule;

WHEREAS, a continuance of the discovery deadline and, as a result, other case deadlines is necessary to provide the parties with adequate time to explore potential case resolution and to avoid unproductive proceedings and potentially unnecessary litigation costs that may reduce the potential for settlement;

WHEREAS, the parties are requesting 120 days to give sufficient time to schedule a mediation that fits with the mediator's and the parties' schedules and which would then allow time, if the mediation is unsuccessful, to schedule and conduct the subpoenaed depositions for non-party witnesses;

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the dates in the September 15, 2022 Order (ECF Dkt. No. 11) by 120 days, as follows:

|  | Original Deadline | Proposed Deadline (Adding 120 Days) |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | February 23, 2023 | June 23, 2023 |
| **Designation of Expert Witnesses** | A9pril 24, 2023 | August 22, 2023 |
| **Designation of Rebuttal Experts** | May 24, 2023 | September 21, 2023 |
| **Discovery Motion Filing Cut-Off** | August 22, 2023 | December 20, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

WHEREAS, the parties agree that all other case deadlines, including trial and motion deadlines, and dates imposed by order, local rules, or otherwise, shall be reset in accordance with the 120-day continuance requested;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

The deadlines in this matter, set forth in the September 15, 2022 Order (ECF Dkt. No. 11) and all other case deadlines be continued by 120 days as set forth in part in the table above, or as soon thereafter as the Court's calendar allows.  Alternatively, the parties respectfully request that the Court set a further case management conference at which new dates may be selected.

The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

Case No. 2:21-CV-02179-MCE-DMC   - 3 -   STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE 120 DAYS

US_ACTIVE\123062508\V-1

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
(415) 882-5000

Dated: January 24, 2023

PETERS, HABIB, McKENNA, JUHL-RHODES & CARDOZA, LLP

By: _____
    LIA M. JUHL-RHODES

Attorney for Plaintiffs
MARWAN JARADAH, ZIAD MUBARAKA, and ASEF KASSIH

Dated: January 24, 2023

DENTONS US LLP

By: _____
    SONIA MARTIN
    EMILY NOZICK

Attorneys for Defendants
AMCO INSURANCE COMPANY, aka NATIONWIDE INSURANCE COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
(415) 882-5000

**ORDER**

Pursuant to the above stipulation, the Court hereby continues the deadlines set forth in the Court's September 15, 2022 Order and all other case deadlines by 120 days, in part, as follows:

| | |
|---|---|
| **Non-Expert Discovery Cut-Off** | June 23, 2023 |
| **Designation of Expert Witnesses** | August 22, 2023 |
| **Designation of Rebuttal Experts** | September 21, 2023 |
| **Discovery Motion Hearing Cut-Off** | December 20, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions |

**IT IS SO ORDERED**.

DATED: January 25, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Dentons US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612-4709
(415) 882-5000

Case No. 2:21-CV-02179-MCE-DMC     - 5 -     STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE 120 DAYS

US_ACTIVE\123062508\V-1