1  LIA MICHELLE JUHL-RHODES (SB No 268816)
   PETERS, HABIB, McKENNA, JUHL-RHODES &
2     CARDOZA, LLP
   P.O. Box 3509
3  414 Salem Street
   Chico, CA 95928
4  Telephone:  (530) 342-3593
   Facsimile: (530) 342-4242
5  E-Mail:   ljuhl@peterslawchico.com

6  Attorneys for Plaintiffs
   MARWAN JARADAH, ZIAD MUBARAKA, and ASEF
7  KASSIH

8
   SONIA MARTIN (State Bar No. 191148)
9  EMILY NOZICK (State Bar No. 201050)
   DENTONS US LLP
10 1999 Harrison Street, Suite 1300
   Oakland, California  94612
11 Telephone: (415) 267-4000
   Facsimile: (415) 267-4198
12 E-mail:   sonia.martin@dentons.com
             emily.nozick@dentons.com
13
   Attorneys for Defendants
14 AMCO INSURANCE COMPANY aka
   NATIONWIDE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN JARADAH, an individual, ZIAD MUBARAKA, an individual, ASEF KASSIH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY aka NATIONWIDE INSURANCE COMPANY, an Ohio Corporation doing business in California; and DOES 1 to 30, inclusive,<br><br>Defendants. | Case No. 2:21-CV-02179-MCE-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE 90 DAYS** |

Plaintiffs Marwan Jaradah, Ziad Mubaraka, Asef Kassih and defendant AMCO Insurance Company aka Nationwide Insurance Company, by and through their respective counsel of record, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, on January 26, 2023, the Court continued the deadlines set forth in the Court's September 15, 2022 Order and all other case deadlines by 120 days, which included setting a non-expert discovery cut-off of June 23, 2023 (*see* ECF Dkt. No. 13);

WHEREAS, the parties have agreed that, while they planned to conduct additional subpoenaed depositions should the case proceed, they are interested in exploring resolution of this case without incurring additional unnecessary litigation costs;

WHEREAS, the parties scheduled a mediation for April 26, 2023 with Arnold Levinson to explore resolution of this case;

WHEREAS, the mediation needed to be re-scheduled due to one of the parties being unavoidably out of the country;

WHEREAS, the mediation was re-scheduled to the soonest available date for all parties and the mediator: May 26, 2023;

WHEREAS, a continuance of the discovery deadline and, as a result, other case deadlines is necessary to provide the parties with adequate time to explore potential case resolution and to avoid unproductive proceedings and potentially unnecessary litigation costs that may reduce the potential for settlement;

WHEREAS, the parties are requesting 90 days to give sufficient time to allow time, if the mediation is unsuccessful, to schedule and conduct the subpoenaed depositions for non-party witnesses;

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the dates in the January 26, 2023 Order (ECF Dkt. No. 13) by 90 days, as follows:

|  | **Original Deadline** | **Proposed Deadline (Adding 90 Days)** |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | June 23, 2023 | September 21, 2023 |
| **Designation of Expert Witnesses** | August 22, 2023 | November 20, 2023 |
| **Designation of Rebuttal Experts** | September 21, 2023 | December 20, 2023 |
| **Discovery Motion Filing Cut-Off** | December 20, 2023 | March 19, 2024 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

WHEREAS, the parties agree that all other case deadlines, including trial and motion deadlines, and dates imposed by order, local rules, or otherwise, shall be reset in accordance with the 90 day continuance requested;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

The deadlines in this matter, set forth in the January 26, 2023 Order (ECF Dkt. No. 13) and all other case deadlines be continued by 90 days as set forth in part in the table above, or as soon thereafter as the Court's calendar allows.  Alternatively, the parties respectfully request that the Court set a further case management conference at which new dates may be selected.

The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

Dated: April __, 2023

PETERS, HABIB, McKENNA, JUHL-RHODES & CARDOZA, LLP

By: _____
    LIA MICHELLE JUHL-RHODES

Attorney for Plaintiffs
MARWAN JARADAH, ZIAD MUBARAKA, and ASEF KASSIH

Dated: April __, 2023

DENTONS US LLP

By: _____
    SONIA MARTIN
    EMILY NOZICK

Attorneys for Defendants
AMCO INSURANCE COMPANY, aka NATIONWIDE INSURANCE COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
(415) 882-5000

Case No. 2:21-CV-02179-MCE-DMC — - 4 - — STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE 90 DAYS

US_ACTIVE\123471971\V-1

# ORDER

Pursuant to the above stipulation, the Court hereby continues the deadlines set forth in the Court's January 26, 2023 Order and all other case deadlines by 90 days, in part, as follows:

| | |
|---|---|
| **Non-Expert Discovery Cut-Off** | September 21, 2023 |
| **Designation of Expert Witnesses** | November 20, 2023 |
| **Designation of Rebuttal Experts** | December 20, 2023 |
| **Discovery Motion Hearing Cut-Off** | March 19, 2024 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions |

**IT IS SO ORDERED**.

Dated: April 26, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
(415) 882-5000