PETERS, HABIB, McKENNA,
JUHL-RHODES & CARDOZA, LLP
ATTORNEYS AT LAW
414 SALEM STREET – P.O. BOX 3509
CHICO, CALIFORNIA 95927-3509
TELEPHONE: (530) 342-3593
FACSIMILE: (530) 342-4272

LIA M. JUHL-RHODES (State Bar No. 268816)
CHANCE M. HANSEN (State Bar No. 322934)
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN JARADAH, an individual, ZIAD MUBARAKA, an individual, ASEF KASSIH an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY aka NATIONWIDE INSURANCE COMPANY, an Ohio Corporation doing business in California; and DOES 1 to 30, inclusive,<br><br>Defendants. | CASE NO.  2:21-CV-02179-MCE-DMC<br><br>PLAINTIFFS' NOTICE OF DISMISSAL; ORDER<br><br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate: |

The parties have reached a settlement. Therefore, plaintiffs MARWAN JARADAH, ZIAD MUBARAKA, and ASEF KASSIH, by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter with prejudice.

**Dated:** November 6, 2023          **PETERS, HABIB, McKENNA**
                                                          **JUHL-RHODES & CARDOZA, LLP**

                                                          _____/s/_____
                                                          **LIA JUHL-RHODES**
                                                          **Attorneys for Plaintiffs MARWAN JARADAH,**
                                                          **ZIAD MUBARAKA and ASEF KASSIH**

PLAINTIFFS' NOTICE OF DISMISSAL; ORDER

**ORDER**

Pursuant to the foregoing, this Court dismisses the entire case without prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 6, 2023

*(signature)*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE